UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WAYNE ELIJAH JONES,
CDCR #BU-7712,

Plaintiff,

vs.

JANIS L. SAMMARTINO, et al.,

Defendants.

Case No.: 3:24-cv-01597-JO-BLM

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)**

[Dkt. 2]

Plaintiff Wayne Elijah Jones is a prisoner at Richard J. Donovan Correctional Facility ("RJD") in San Diego, California. Proceeding *pro se*, he filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* ("IFP"). Dkts. 1, 2. A prisoner with three or more "strikes," *i.e.*, prior civil cases or appeals dismissed as frivolous, malicious, or for failing to state a claim, "cannot proceed IFP" absent a plausible allegation of "imminent danger of serious physical injury" at the time of filing. *Andrews. v. King*, 398 F.3d 1113, 1116 n.1 (9th Cir. 2005) (quoting 28 U.S.C. § 1915(g)); *see also Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007). Jones's many strikes disqualify him from proceeding IFP unless he plausibly alleges that he faces

1

1  imminent danger.  *See* Dkt. 1 at 2, 6; *see also Jones v. CDCR Work Change Officer*, 2024
2  WL 4195315, at *2 (S.D. Cal. Sept. 13, 2024) (taking judicial notice of Jones's prior strikes
3  disqualifying him from proceeding IFP).  Here, in his September 5, 2024 complaint, Jones
4  alleges emotional distress due to privacy rights violations, Dkt. 1 at 2, 4, and because
5  federal judges fail to show "respect for [his] claims and cases." *Id.* at 2, 7.  Because these
6  allegations of emotional distress do not suffice to show he faces an imminent danger of
7  serious physical harm, he may not proceed IFP.  *See Cervantes*, 493 F.3d at 1053; *Ray v.*
8  *Lara*, 31 F.4th 692, 701 (9th Cir. 2022).

Accordingly, the Court DENIES Jones's Motion to proceed IFP, Dkt. 2, and DISMISSES this civil action for failure to pay the $405 civil filing and administrative fee required by 28 U.S.C. § 1914(a).  The Court also certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).  The Court further DIRECTS the Clerk of the Court to close the case.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
Honorable Jinsook Ohta
United States District Judge